**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO. 8410-180                                              DIVISION 

**STEWART DEVELOPMENT, LLC**

**VERSUS**

**CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO. AMR-53446-06; INDIAN HARBOR INSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; UNITED SPECIALTY INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE; OLD REPUBLIC UNION INSURANCE COMPANY; GEOVERA SPECIALTY INSURANCE COMPANY; TRANSVERSE SPECIALTY INSURANCE COMPANY**

FILED:_____        _____
                                                          **DEPUTY CLERK**

<u>**PETITION FOR DAMAGES**</u>

The petition of STEWART DEVELOPMENT, LLC, a Delaware limited liability company, with respect represents:

### Parties and Venue

1. Stewart is a limited liability company organized in Delaware with its principal place of business in Jefferson Parish, Louisiana. At all relevant times it was the owner of the insured property located at 111 Veterans Memorial Boulevard, Metairie, Louisiana 70005 (the "Property").

2. Defendants are:

   a. Certain Underwriters at Lloyds, London Subscribing to Policy No. AMR-53446-06;

   b. Indian Harbor Insurance Company (subscribing to policy no. AMP7528617-06);

   c. QBE Specialty Insurance Company (subscribing to policy no. MSP-20568-06);

   d. Steadfast Insurance Company (subscribing to policy no. CPP8981067-04);

24th E-Filed: 08/28/2023 11:17 Case: 846180 Div:O Atty:019569 THOMAS M FLANAGAN

e. General Security Indemnity Company of Arizona (subscribing to policy no. 10T029659-05150-21-06);

f. United Specialty Insurance Company (subscribing to policy no. USI-16215-06);

g. Lexington Insurance Company (subscribing to policy no. LEX-084299825-06);

h. HDI Global Specialty SE (subscribing to policy no. HAN-15119-06);

i. Old Republic Union Insurance Company (subscribing to policy no. ORAMPR004571-03);

j. GeoVera Specialty Insurance Company (subscribing to policy no. GVS-13143-00); and

k. Transverse Specialty Insurance Company (subscribing to policy no. TSAMPR0002610-00);

3. Defendants, collectively referred to as "Underwriters," are foreign insurance companies licensed to do and doing business in Louisiana. Each defendant may be served through the Louisiana Secretary of State, 8535 Archives Avenue, Baton Rouge, LA 70809.

4. Venue is proper in this Court pursuant to La. Code Civ. Proc. arts. 74, 76, and 76.1.

5. Underwriters insured Stewart's Property located at 111 Veterans Memorial Boulevard, Metairie, Louisiana 70005 through all-risk insurance policies in force between Underwriters and Stewart (more specifically described in Paragraph 2), with effective dates of May 29, 2021 to May 29, 2022 (collectively, the "Policies").

6. Stewart paid all premiums due under the Policies and otherwise complied with all conditions for coverage to be in full force and effect on the date of loss, August 29, 2021.

24th E-Filed: 08/28/2023 11:17 Case: 846180 Div:O Atty:019569 THOMAS M FLANAGAN

7.  The Policies provided coverage for damage to Stewart's Property caused by windstorm.

8.  In August 2021, Hurricane Ida entered the Gulf of Mexico and began to intensify. When it made landfall in Louisiana on August 29, 2021, Hurricane Ida was classified as a Category 4 hurricane with sustained winds of 150 miles per hour and gusts up to 172 miles per hour.

9.  High winds from Hurricane Ida caused damage to the Property, including but not limited to damage to the Property's roof, exterior walls, interior walls, windows, and other structural and cosmetic elements to be proven at trial.

10. Stewart provided Underwriters with adequate proof of loss and otherwise complied with all requirements of the Policies and Louisiana law.

11. Despite receiving adequate and satisfactory proof of loss, Underwriters have failed to make full and timely payment of all amounts due under the Policies for Stewart's insured losses.

12. Underwriters have continued to improperly delay making the full payments owed to Stewart under the Policies, all of which remains due.

13. As a result of Underwriters' failure to adjust Stewart's claims correctly and promptly and to otherwise perform under the Policies, including, but not limited to, their failure to timely pay all amounts owed to the Stewart under the Policies, Stewart has suffered and continues to suffer damages for which Underwriters are now liable.

14. In particular, Underwriters materially breached and failed to perform under the Policies in the following non-exclusive particulars:

    a.  Failing to thoroughly investigate Stewart's claims;

    b.  Failing to tender the reasonable and necessary proceeds due under the Policies in a timely fashion to repair the covered damages to the Property; and

24th E-Filed: 08/28/2023 11:17 Case: 846180 Div:O Atty:019569 THOMAS M FLANAGAN

c. Failing to timely and unconditionally tender the undisputed amounts owed under the Policies for covered losses.

15. Underwriters are liable to Stewart for all general and special damages sustained as a result of those breaches, including, but not limited to, all amounts owed under the Policies that remain unpaid.

**WHEREFORE** plaintiff Stewart Development, LLC prays that, after due proceedings, there be judgment in Stewart's favor and against defendants for all sums and benefits owed under the Policies, for damages, attorneys' fees, legal interest from the date of demand until paid, all costs of these proceedings, and all other legal and equitable remedies available under the circumstances, under any theory whatsoever.

Respectfully submitted,

/s/ Thomas M. Flanagan
Thomas M. Flanagan (#19569)
Harold J. Flanagan (#24091)
Camille E. Gauthier (#34558)
Laurent J. Demosthenidy (#30473)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
tflanagan@flanaganpartners.com
hflanagan@flanaganpartners.com
cgauthier@flanaganpartners.com
ljd@flanaganpartners.com

**SERVICE INSTRUCTIONS TO FOLLOW**

24th E-Filed: 08/28/2023 11:17 Case: 846180 Div:O Atty:019569 THOMAS M FLANAGAN

**Angela P. Ingraffia**

| | |
|---|---|
| **From:** | Angela P. Ingraffia |
| **Sent:** | Monday, August 28, 2023 2:45 PM |
| **To:** | tflanagan@flanaganpartners.com |
| **Subject:** | EFile Case: 846180 O |

**IN ORDER TO FULLY PROCESS THE PETITION FOR STEWART DECELOPMENT LLC WE WILL NEED THE FOLLOWING SERVICE CHECKS**

62.50 FOR THE SPECIAL MASTER FEE

THANK YOU

**Angela P. Ingraffia**
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.



**JON A. GEGENHEIMER**

# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Department*
P.O. Box 10 • Gretna LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

### Call 1

Case No: 846.180   Div. " O "                    8-29 , 20 23

Deputy Clerk: s/Patty/ Michelle P                Time: 10:47 Am

Deputy Clerk Spoke To: Gabi _____ of

will get check in

Notes:

$62⁵⁰ -SMF          Please return check #
                    04646
                    to atty it's the wrong
                    amount

### Call 2

Case No: _____ Div. "____"                    , 20 23

Deputy Clerk: s/_____                Time: _____

Deputy Clerk Spoke To: _____ of
_____

Notes:

### Call 3

Case No: _____ Div. "____"                    , 20 23

Deputy Clerk: s/_____                Time: _____

Deputy Clerk Spoke To: _____ of
_____

Notes:

## FLANAGAN PARTNERS LLP

Laurent J. Demosthenidy
Direct Dial: (504) 569-0075
ljd@flanaganpartners.com
www.flanaganpartners.com

November 14, 2023

**_Via Hand Delivery_**

FILED FOR RECORD 11/14/2023 10:30:31
Jade A. Cash, DY CLERK
JEFFERSON PARISH, LA

The Honorable Jon A. Gegenheimer
Clerk of Court
Jefferson Parish Clerk of Court
200 Derbigny Street, Suite 1100
Gretna, LA 70053

Re:   *Stewart Development, LLC v. Certain Underwriters at Lloyds, London Subscribing to*
      *Policy No. AMR-53446-06, et. al.*
      24th Judicial District Court, Parish of Jefferson, No. 846180, Div. O
      Our File No. 63402

Dear Mr. Gegenheimer:

We represent Stewart Development, LLC, the plaintiff in the referenced matter. We re-
quest your office issue citations to defendants Indian Harbor Insurance Company and QBE Spe-
cialty Insurance Company at the following addresses:

Indian Harbor Insurance Company
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.         sos chk # 62718 $ 100.00
Baton Rouge, LA 70809      ebr chk # 62719 $ 80.88

And

QBE Specialty Insurance Company
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.         sos chk # 62718 $ 100.00
Baton Rouge, LA 70809      ebr chk # 62719 $ 80.88

Please issue the citations and route them to the East Baton Rouge Sherrif's Office for service.

Additionally, we request that your office issue nine long-arm citations to (1) Lloyd's Amer-
ica, Inc., (2) Steadfast Insurance Company, (3) General Security Indemnity Company of Arizona,
(4)United Specialty Insurance Company, (5) Lexington Insurance Company, (6) HDI Global

201 St. Charles Ave., Suite 3300, New Orleans, LA 70170 • 504.569.0235 • fax 504.592.0251

Specialty SE, (7) Old Republic Union Insurance Company, (8) GeoVera Specialty Insurance Company, and (9) Transverse Specialty Insurance Company at the following addresses:

1.    Lloyd's America, Inc.
Attn: Legal Department
280 Park Ave., East Tower 25th Floor
New York, NY 10017

2.    Steadfast Insurance Company
Attn: General Counsel, Law Department
1299 Zurich Way, Schaumburg, IL 60196

3.    General Security Indemnity Company of Arizona
Attn: Rodolphe Herve, CEO
28 Liberty Street, Suite 5400
New York, NY 10005

4.    United Specialty Insurance Company
Attn: Terry L. Ledbetter
1900 L. Don Dodson Drive
Bedford, Texas 76021

5.    Lexington Insurance Company
Attn: Division Executive, Commercial Property
99 High Street
Boston, MA 02110

6.    HDI Global Specialty SE
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

7.    Old Republic Specialty Insurance Underwriters, Inc.
c/o Office of General Counsel
370 North Michigan Avenue
Chicago, IL 60601

8.    GeoVera Holdings, Inc.
Attn: Robert Hagedorn, General Counsel
1455 Oliver Road
Fairfield, CA 94534

9.    Transverse Specialty Insurance Company or Transverse Insurance Company
Attn: Corporate Secretary

November 13, 2023
Page 3

155 Village Boulevard, Suite 205
Princeton, NJ 08540

I have enclosed 11 copies of Stewart Development, LLC's petition as well as the standing case management orders issued by the Court. We ask that you please certify the petitions and attach them along with the standing case management orders to the requested long-arm citations.

Also enclosed are firm checks made payable to the Clerk of Court, Louisiana Secretary of State and East Baton Rouge Sheriff's Office in the amounts of $990.00, $100.00, and $80.88. When the long-arm citations have been issued and are ready for pick up, please contact my assistant, Gabi Rivera at (504) 569-0070.

Thank you.

Respectfully,

Laurent J. Demosthenidy

LJD:grr
Enclosures

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4804-1
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE       Case: 846-180    Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY          P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY         DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To: CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06
AS REQUESTED:
LLOYD'S AMERICA, INC.                         LA Long Arm
ATTN: LEGAL DEPARTMENT
280 PARK AVE., EAST TOWER 25TH FLOOR
NEW YORK, NY 10017

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

        /s/ Giselle A Leglue
        Giselle A Leglue, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4804-1
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal          ___ Domicilary _____

Unable to serve:
Page 1 of 2

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Not at this address     ___ Numerous attempts _____ times
___ Vacant     ___ Received too late to serve
___ Moved     ___ No longer works at this address
___ No such address     ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
              Deputy Sheriff
Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF APPOINTED NEUTRALS

231114-4805-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE COMPANY

Case: 846-180    Div: "O"
P 1 STEWART
DEVELOPMENT LLC

To: STEADFAST INSURANCE COMPANY
ATTN: GENERAL COUNSEL, LAW DEPARTMENT
1299 ZURICH WAY
SCHAUMBURG, IL 60196

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES: EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF APPOINTED NEUTRALS

231114-4805-8

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal          ___ Domicilary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 2

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ No such address      ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                                    Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4806-6
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1  STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  GENERAL SECURITY INDEMNITY COMPANY OF
ARIZONA
ATTN: RUDOLPH HERVE, CEO
28 LIBERTY STREET                               LA Long Arm
SUITE 5400
NEW YORK, NY 10005

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4806-6
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal              _____ Domiciliary _____

Unable to serve:

Page 1 of 2

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Not at this address        ___ Numerous attempts _____ times
___ Vacant                     ___ Received too late to serve
___ Moved                      ___ No longer works at this address
___ No such address            ___ Need apartment /  building number
___ Other _____

Service: $_____        Mileage: $_____        Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053



(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4807-4
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  UNITED SPECIALTY INSURANCE COMPANY
ATTN: TERRY L. LEDBETTER
1900 L. DON DODSON DRIVE                         LA Long Arm
BEDFORD, TEXAS 76021

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

    /s/ Giselle A Leglue
    Giselle A Leglue, Deputy Clerk of Court for
    Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES: EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4807-4
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____     Served:_____     Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
       Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ No such address      ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053



(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4808-2
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To: LEXINGTON INSURANCE COMPANY
ATTN: DIVISION EXECUTIVE, COMMERCIAL
PROPERTY                                         LA Long Arm
99 HIGH STREET
BOSTON. MA 02110

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4808-2
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal       ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                     ___ Received too late to serve
              Thomas F. Donelon Courthouse - 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Moved         ___ No longer works at this address
___ No such address   ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053



(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4809-0
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
   versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  HDI GLOBAL SPECIALTY SE
MENDES AND MOUNT, LLP
750 SEVENTH AVENUE                              LA Long Arm
NEW YORK, NY 10019

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.


        /s/ Giselle A Leglue
        Giselle A Leglue, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4809-0
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                ___ Received too late to serve
   ___ Moved                 ___ No longer works at this address
        Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ No such address      ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4810-8
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To: OLD REPUBLIC UNION INSURANCE COMPANY
AS REQUESTED:
OLD REPUBLIC SPECIALTY INSURANCE
UNDERWRITERS, INC. C/O OFFICE OF GENERAL        LA Long Arm
COUNSEL
370 NORTH MICHIGAN AVENUE
CHICAGO, IL 60601

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4810-8
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal          ___ Domiciliary _____

Unable to serve:
Page 1 of 2

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Not at this address          ___ Numerous attempts _____ times
___ Vacant                       ___ Received too late to serve
___ Moved                        ___ No longer works at this address
___ No such address              ___ Need apartment / building number
___ Other _____

Service: $_____       Mileage: $_____       Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053



(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4811-6
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180    Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  GEOVERA SPECIALTY INSURANCE COMPANY
AS REQUESTED:
GEOVERA HOLDINGS, INC.
ATTN: ROBERT HAGEDORN, GENERAL COUNSEL          LA Long Arm
1455 OLIVER ROAD
FAIRFIELD, CA 94534

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.


        /s/ Giselle A Leglue
        Giselle A Leglue, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4811-6
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal          _____ Domiciliary _____

Unable to serve:

Page 1 of 2

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

*Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue*

| | |
|---|---|
| ___ Not at this address | ___ Numerous attempts _____ times |
| ___ Vacant | ___ Received too late to serve |
| ___ Moved | ___ No longer works at this address |
| ___ No such address | ___ Need apartment / building number |
| ___ Other _____ | |

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053



(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4812-4
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
     versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1 STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  TRANSVERSE SPECIALTY INSURANCE
COMPANY
OR TRANSVERSE INSURANCE COMPANY
ATTN: CORPORATE SECRETARY                       LA Long Arm
155 VILLAGE BOULEVARD SUITE 205
PRINCETON, NJ 08540

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.


           /s/ Giselle A Leglue
           Giselle A Leglue, Deputy Clerk of Court for
           Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4812-4
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal           ____ Domiciliary _____

Unable to serve:

Page 1 of 2          Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff

Parish of: _____

Imaged 11/14/2023 11:00 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053


(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4823-1
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180    Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY              P 1  STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  INDIAN HARBOR INSURANCE COMPANY          S/S CK#62718
THROUGH ITS AGENT FOR SERVICE:                $100.00
LOUISIANA SECRETARY OF STATE                  EBR CK#62719
8585 ARCHIVES AVENUE                          $80.88
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days
after the service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

    /s/ Giselle A Leglue
    Giselle A Leglue, Deputy Clerk of Court for
    Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4823-1
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal       ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                ___ Received too late to serve
    Thomas F. Donelon Courthouse - 200 Derbigny St. : Gretna LA 70053

Imaged 11/14/2023 11:23 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

___ Moved        ___ No longer works at this address
___ No such address     ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 11/14/2023 11:23 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4824-9
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE          Case: 846-180     Div: "O"
COMPANY, GENERAL SECURITY INDEMNITY             P 1  STEWART
COMPANY OF ARIZONA, UNITED SPECIALTY            DEVELOPMENT LLC
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

To:  QBE SPECIALTY INSURANCE COMPANY            S/S CK#62718
THROUGH ITS AGENT FOR SERVICE:                  $100.00
LOUISIANA SECRETARY OF STATE                    EBR CK#62719
8585 ARCHIVES AVENUE                            $80.88
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days
after the service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

        /s/ Giselle A Leglue
        Giselle A Leglue, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/          231114-4824-9
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal
          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address  ___ Numerous attempts _____ times
   ___ Vacant                    ___ Received too late to serve

        Thomas F. Donelon Courthouse - 200 Derbigny St. : Gretna LA 70053

Page 1 of 2

*Imaged 11/14/2023 11:23 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue*

_____ Moved                  _____ No longer works at this address
_____ No such address        _____ Need apartment / building number
_____ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____# _____
                       Deputy Sheriff
Parish of: _____

Imaged 11/14/2023 11:23 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

SERVICE COPY | RETURN COPY

FILED FOR RECORD 12/12/2023 13:16:59
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/         231114-4824-9
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

STEWART DEVELOPMENT LLC
    versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE
COMPANY, GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA, UNITED SPECIALTY
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

I made service on the named party through the

Office of the Secretary of State on

NOV 2 9 2023

by tendering a copy of this document to:

Case: 846-180   Div: O
P 1 STEWART
DEVELOPMENT LLC

To:  QBE SPECIALTY INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

S/S CK#62718
$100.00
EBR CK#62719
$80.88

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days
after the service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/         231114-4824-9
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal              ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant

RECEIVED

NOV 2 8 2023

E.J.R. SHERIFF'S OFFICE

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 2

___ Moved       ___ No longer works at this address
___ No such address    ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff

Parish of: _____



SERVICE COPY / RETURN COPY

(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

231114-4823-1

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

FILED FOR RECORD 12/12/2023 10:56:42
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

STEWART DEVELOPMENT LLC
versus
CERTAIN UNDERWRITERS AT LLOYDS LONDON
SUBSCRIBING TO POLICY NO AMR-53446-06, INDIAN
HARBOR INSURANCE COMPANY, QBE SPECIALTY
INSURANCE COMPANY, STEADFAST INSURANCE
COMPANY, GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA, UNITED SPECIALTY
INSURANCE COMPANY, LEXINGTON INSURANCE
COMPANY, HDI GLOBAL SPECIALTY SE, OLD
REPUBLIC UNION INSURANCE COMPANY, GEOVERA
SPECIALTY INSURANCE COMPANY, TRANSVERSE
SPECIALTY INSURANCE COMPANY

I made service on the named party through the

Office of the Secretary of State on

**NOV 2 9 2023**

by tendering a copy of this document to:
JULIE NESBITT

Case: 846-180    Div: "O"
P 1 STEWART  ASHWOOD #0803
DEVELOPMENT LLC   Parish of East Baton Rouge, LA

To:  INDIAN HARBOR INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

S/S CK#62718
$100.00
EBR CK#62719
$80.88

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ EXHIBIT -STANDING CASE MANAGEMENT ORDER/ EXHIBIT-STANDING
ORDER FOR DISASTER DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE
ORDER/ EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS of which a true and correct copy accompanies this citation, or make
an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days
after the service hereof, under penalty of default.

This service was requested by attorney THOMAS M. FLANAGAN and was issued by the Clerk
of Court on the 14th day of November, 2023.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

### SERVICE INFORMATION

(101)  CITATION: PETITION FOR DAMAGES; EXHIBIT -STANDING CASE
MANAGEMENT ORDER/ EXHIBIT-STANDING ORDER FOR DISASTER
DISCOVERY PROTOCOLS/ EXHIBIT-INTERIM PROTECTIVE ORDER/
EXHIBIT-STANDING CASE MANAGEMENT ORDER EXHIBIT A: LIST OF
APPOINTED NEUTRALS

231114-4823-1

Received:_____  Served:_____  Returned:_____

Service was made:
_____ Personal          _____ Domiciliary _____

Unable to serve:
_____ Not at this address    _____ Numerous attempts _____ times
_____ Vacant                 _____ Received too late to serve
Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of

RECEIVED

NOV 2 8 2023

EBR SHERIFF'S OFFICE

_____ Moved                     _____ No longer works at this address
_____ No such address           _____ Need apartment / building number
_____ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                              Deputy Sheriff
Parish of: _____